ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
KAREN KAO, ESQ.
Nevada Bar No. 14386
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
         kkao@grsm.com

*Attorneys for America First Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE ANNA PETRUSS, | Case No.: 2:20-cv-00206-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF NO. 1]** |
| EQUIFAX INFORMATION SERVICES, LLC; AMERICA FIRST CREDIT UNION; PROSPER MARKETPLACE, INC., | |
| Defendants. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Lee Anna Petruss ("Plaintiff"), and Defendant America First Credit Union ("AFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1.   Plaintiff filed her Complaint on February 3, 2020.

2.   AFCU was served with the summons and complaint on February 4, 2020.

3.   ACFU recently retained counsel and a short extension is necessary to allow AFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4.   Allowing an extension will also allow the parties to conduct early resolution discussions and accommodate an international vacation previously scheduled by AFCU's lead counsel.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1    5.    Plaintiff has no objection to the extension.

2    6.    Therefore, the parties agree that AFCU's response to the Complaint is now due on

3 or before **March 24, 2020**.

4

5

6    DATED:  February 11, 2020.                    DATED:  February 11, 2020,

7    GORDON REES SCULLY MANSUKHANI,    HAINES & KRIEGER, LLC
     LLP

8    */s/ Robert S. Larsen*                         */s/ David H. Krieger*

9    Robert S. Larsen, Esq.                        David H. Krieger, Esq.
     Nevada Bar No. 7785                           Nevada Bar No. 9086
10   Karen Kao, Esq.                               8985 S. Eastern Avenue, Suite 350
     Nevada Bar No. 14386                          Las Vegas, Nevada 89123
11   300 So. 4th Street, Suite 1550                *Attorney for Plaintiff Lee Anna Petruss*
     Las Vegas, NV 89101
12   *Attorneys for Defendant*
     *America First Credit Union*

13

14

15

16   **ORDER**

17   IT IS SO ORDERED

18

19   _____
     UNITED STATES MAGISTRATE JUDGE

20   DATED:  _February 12, 2020_____

21

22

23

24

25

26

27

28

-2-