1 Rory T. Kay (NSBN 12416)
Sarah A. Ferguson (NSBN 14515)
2 MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
3 Reno, NV 89501
Telephone: (775) 788-2000
4 rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

Matthew O. Stromquist
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 361-3457
mstromquist@pilgrimchristakis.com
(*Pro Hac Vice Petition Forthcoming*)

*Attorneys for Defendant*
*PROSPER MARKETPLACE, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEE ANNA PETRUSS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICA FIRST CREDIT UNION; PROSPER MARKETPLACE, INC.<br><br>Defendants. | Case No. 2:20-CV-00206-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT PROSPER MARKETPLACE, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiff Lee Anna Petruss and Defendant Prosper Marketplace, Inc. ("Prosper"), by undersigned counsel, hereby agree and stipulate that the deadline by which Prosper must answer or otherwise respond to the Complaint is extended to March 24, 2020. This extension is appropriate to allow Prosper's recently-retained counsel to review and analyze the Complaint and prepare an appropriate response, and to allow the parties to explore whether an early

resolution is feasible without the need for further litigation. This is Prosper's first request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED: February 21, 2020.

| Plaintiff Lee Anna Petruss | Defendant Prosper Marketplace, Inc. |
|---|---|
| By: */s/* David H. Krieger<br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br><br>*Attorneys for Plaintiff* | By: */s/* Sarah A. Ferguson<br>Rory T. Kay<br>Sarah A. Ferguson<br>MCDONALD CARANO, LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br><br>Matthew O. Stromquist<br>PILGRIM CHRISTAKIS LLP<br>321 N. Clark Street, 26th Floor<br>Chicago, Illinois 60654<br>Telephone: (312) 361-3457<br>*(Pro Hac Vice Petition Forthcoming)*<br><br>*Attorneys for Defendant Prosper Marketplace, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2020

2