Rory T. Kay (NSBN 12416)
Sarah A. Ferguson (NSBN 14515)
MCDONALD CARANO, LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
rkay@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

Matthew O. Stromquist
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 361-3457
mstromquist@pilgrimchristakis.com
(*Pro Hac Vice Petition Forthcoming*)

*Attorneys for Defendant*
*PROSPER MARKETPLACE, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEE ANNA PETRUSS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICA FIRST CREDIT UNION; PROSPER MARKETPLACE, INC.<br><br>Defendants. | Case No. 2:20-CV-00206-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT PROSPER MARKETPLACE, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**(SECOND REQUEST)** |

Plaintiff Lee Anna Petruss and Defendant Prosper Marketplace, Inc. ("Prosper"), by undersigned counsel, hereby agree and stipulate that the deadline by which Prosper must answer or otherwise respond to the Complaint should be further extended to April 24, 2020. This second extension is appropriate as the parties are currently actively exploring whether an early resolution is feasible without the need for further litigation. Extending Prosper's responsive pleading

///

///

///

1

deadline will allow the parties to continue to discuss a possible resolution without the need for unnecessary expenditure of further fees and costs. This is Prosper's second request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED: March 23, 2020.

| HAINES & KRIEGER, LLC | MCDONALD CARANO, LLP |
|---|---|
| By: */s/ George Haines*<br>George Haines<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br><br>*Attorneys for Plaintiff Lee Anna Petruss* | By: */s/ Sarah A. Ferguson*<br>Rory T. Kay<br>Sarah A. Ferguson<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br><br>Matthew O. Stromquist<br>*Pro Hac Vice* petition forthcoming<br>PILGRIM CHRISTAKIS LLP<br>321 N. Clark Street, 26th Floor<br>Chicago, Illinois 60654<br>Telephone: (312) 361-3457<br><br>*Attorneys for Defendant Prosper Marketplace, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __March 26, 2020_____