David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEE ANNA PETRUSS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICA FIRST CREDIT UNION; PROSPER MARKETPLACE, INC,<br><br>Defendants. | **Case No. 2:20-cv-00206-APG-DJA**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff LEE ANNA PETRUSS and AMERICA FIRST CREDIT UNION hereby

stipulate and agree that the above-entitled action shall be dismissed with prejudice as to

…

…

…

…

…

…

…

1  AMERICA FIRST CREDIT UNION in accordance with Fed. R. Civ. P. 41 (a)(2). Each party

2  shall bear its own attorney's fees, prejudgment interest, and costs of suit.

3          Dated: April 21, 2020

4

| By: | /s/ David Krieger, Esq. | By: | /s/ Robert Larson, Esq. |
|---|---|---|---|
|  | David Krieger, Esq. |  | Robert Larsen, Esq. |
|  | Nevada Bar No. 9086 |  | Nevada Bar No. 7785 |
|  | KRIEGER LAW GROUP, LLC |  | GORDON REES SCULLY |
|  | 2850 W. Horizon Ridge Parkway |  | MANSUKHANI |
|  | Suite 200 |  | 300 South Fourth Street, Suite 1550 |
|  | Henderson, Nevada 89052 |  | Las Vegas, NV 89101 |
|  | *Attorney for Plaintiff* |  | *Attorney for Defendant* |

## ORDER

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED: _____4/22/2020_____

Page **2** of **2**