David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEE ANNA PETRUSS,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICA FIRST CREDIT UNION; PROSPER MARKETPLACE, INC,<br><br>    Defendants. | Case No. 2:20-cv-00206-APG-DJA<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## **STIPULATION**

Plaintiff Lee Anna Petruss and Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R.

…

…

…

…

…

…

…

Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 9, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jeremy J. Thompson, Esq.<br>Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>*Attorneys for Defendant* |
|---|---|---|---|

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2020.